UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE ASSAD, directly on behalf of
himself and all others similarly situated,
and derivatively on behalf of E.MERGE
TECHNOLOGY ACQUISITION CORP.,

                Plaintiff,

-v-

E.MERGE TECHNOLOGY
ACQUISITION CORP.

                Nominal Defendant,

-v-

E.MERGE TECHNOLOGY SPONSOR
LLC, S. STEVEN SINGH, JEFF
CLARKE, GUY GECHT, SHUO
ZHANG, DAVID IBNALE, CURTIS
FEENY, ALEX VIEUX AND STEVEN
FLETCHER,

                Defendants.

21-CV-7072 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      In light of the letter filed at docket number 56, this case is hereby STAYED pending

further order.

      SO ORDERED.

Dated: September 2, 2022
      New York, New York

                                                                J. PAUL OETKEN
                                             United States District Judge