UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                         :

GEORGE ASSAD, directly on behalf of himself and all :
others similarly situated, and derivatively on behalf of :
E.MERGE TECHNOLOGY ACQUISITION CORP.,   :

                    Plaintiff,           :
      - v -                            :
E.MERGE TECHNOLOGY ACQUISITION CORP.,   :

              Nominal Defendant,    :
                                 :   21-cv-07072 (JPO)
      - v -                            :
E.MERGE TECHNOLOGY SPONSOR LLC, S.:
STEVEN SINGH, JEFF CLARKE, GUY GECHT, SHUO:
ZHANG, DAVID IBNALE, CURTIS FEENY, ALEX:
VIEUX AND STEVEN FLETCHER,            :

                    Defendants.      :
                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION OF DISMISSAL AND [PROPOSED] ORDER

       **IT IS HEREBY STIPULATED AND AGREED** that this action shall be, and is

hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any

party, in accordance with Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure.

Notice of dismissal is waived, subject to authorization by the Court.


Dated: September 21, 2022
      New York, New York

SUSMAN GODFREY L.L.P

*Cory Buland* (signature)

Shawn J. Rabin
Stephen Shackelford
Cory Buland
Beatrice Franklin
1301 Avenue of the Americas, 32nd Floor
New York, NY 10019
Phone: (212) 336-8330
Fax: (212) 336-8340
srabin@susmangodfrey.com
sshackelford@susmangodfrey.com
cbuland@susmangodfrey.com
bfranklin@susmangodfrey.com

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
Mark Lebovitch
Daniel E. Meyer
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1519
Fax: (212) 554-1444
MarkL@blbglaw.com

BUZIN LAW, P.C.
Robert J. Jackson, Jr. (*admitted pro hac vice*)
John Morley (*admitted pro hac vice*)
111 Broadway, Suite 1204
New York, NY 10006
Phone: (914) 819-7527
John.morley@yale.edu

*Attorneys for Plaintiff*

**SO ORDERED**

_____
Hon. J. Paul Oetken, U.S.D.J.
Southern District of New York

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

*Susan D. Saltzstein* (signature)

Susan L. Saltzstein
Scott D. Musoff
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax: (212) 735-2000
susan.saltzstein@skadden.com
scott.musoff@skadden.com

*Attorneys for Defendants*