UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                       :

GEORGE ASSAD, directly on behalf of himself and all others similarly situated, and derivatively on behalf of E.MERGE TECHNOLOGY ACQUISITION CORP.,  :

                   Plaintiff,                 :
        - v -
E.MERGE TECHNOLOGY ACQUISITION CORP.,  :

                Nominal Defendant,   :
                                                :   21-cv-07072 (JPO)
        - v -
E.MERGE TECHNOLOGY SPONSOR LLC, S. STEVEN SINGH, JEFF CLARKE, GUY GECHT, SHUO ZHANG, DAVID IBNALE, CURTIS FEENY, ALEX VIEUX AND STEVEN FLETCHER,

                    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## STIPULATION OF DISMISSAL AND ORDER

**IT IS HEREBY STIPULATED AND AGREED** that this action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, in accordance with Rules 23.1 and 41(a)(2) of the Federal Rules of Civil Procedure. Notice of dismissal is waived, subject to authorization by the Court.

Dated:  September 21, 2022
          New York, New York

| | |
|---|---|
| SUSMAN GODFREY L.L.P | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| _____ | _____ |
| Shawn J. Rabin | Susan L. Saltzstein |
| Stephen Shackelford | Scott D. Musoff |
| Cory Buland | One Manhattan West |
| Beatrice Franklin | New York, NY 10001 |
| 1301 Avenue of the Americas, 32nd Floor | Phone: (212) 735-3000 |
| New York, NY 10019 | Fax: (212) 735-2000 |
| Phone: (212) 336-8330 | susan.saltzstein@skadden.com |
| Fax: (212) 336-8340 | scott.musoff@skadden.com |
| srabin@susmangodfrey.com | |
| sshackelford@susmangodfrey.com | *Attorneys for Defendants* |
| cbuland@susmangodfrey.com | |
| bfranklin@susmangodfrey.com | |

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
Mark Lebovitch
Daniel E. Meyer
1251 Avenue of the Americas
New York, NY 10020
Phone: (212) 554-1519
Fax: (212) 554-1444
MarkL@blbglaw.com

BUZIN LAW, P.C.
Robert J. Jackson, Jr. (*admitted pro hac vice*)
John Morley (*admitted pro hac vice*)
111 Broadway, Suite 1204
New York, NY 10006
Phone: (914) 819-7527
John.morley@yale.edu

*Attorneys for Plaintiff*

**SO ORDERED**

_____
J. PAUL OETKEN
United States District Judge

September 22, 2022